# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY L. WILLIS and CARRIE S. WILLIS, individually and as trustees of the TRUST OF JAMES C. AND NORMA D. WILLIS,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 6:16-cv-03251-SRB |

## ORDER

Before the Court are 1) Motion of the United States for Partial Summary Judgment as to All Claims Asserted by Bobby L. Willis and the Trust of James C. and Norma D. Willis (Doc. #206); and 2) Motion of the United States for Partial Summary Judgment on Counts III, V, VI, and VIII of the Second Amended Complaint (Doc. #207). Upon consideration of the motions and the supporting suggestions, and upon consideration of Plaintiffs' response stating they agree "Carrie Willis is the only owner of the coins" and they agree "to the dismissal of their Counts for assumpsit, unjust enrichment, replevin, and civil conspiracy[,]" (Doc. #219), the motions are GRANTED.

Accordingly, the Court ORDERS:

1. Plaintiff Bobby Willis is dismissed;

2. Plaintiff the Trust of James C. and Norma D. Willis is dismissed; and

3. Second Amended Complaint Counts III (Assumpsit), V (Unjust Enrichment), VI (Replevin), and VIII (Civil Conspiracy) are dismissed.

**IT IS SO ORDERED.**

                                                                    /s/ Stephen R. Bough
                                                                    STEPHEN R. BOUGH, JUDGE
                                                                    UNITED STATES DISTRICT COURT

DATE: June 24, 2019